No. A–83 (O. T. 1994).  RICHLEY ET AL. *v.* GAINES ET AL., *ante,* p. 1272.  Amendment to the application for stays of executions is treated as a motion for reconsideration and is denied.  JUSTICE SCALIA would not treat the amendment as a motion for reconsideration and therefore registers no vote.  JUSTICE BREYER took no part in the consideration or decision of this matter.

AUGUST 5, 1994

No. 94–5016 (A–56).  FIERRO *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this application and this petition.

AUGUST 9, 1994

No. 93–1940.  ROYAL SOVEREIGN CORP. ET AL. *v.* BEVERLY HILLS FAN CO.  C. A. Fed. Cir.  Certiorari dismissed under this Court's Rule 46.1.

AUGUST 11, 1994

No. A–64 (O. T. 1994).  LOUISIANA ET AL. *v.* HAYS ET AL.; and

No. A–75 (O. T. 1994).  UNITED STATES *v.* HAYS ET AL.  Applications for stay, presented to JUSTICE SCALIA, and by him referred to the Court, granted, and it is ordered that the judgment of the United States District Court for the Western District of Louisiana, Civil Action No. CV 92–1522S, filed July 25, 1994, is stayed pending the timely filing of statements as to jurisdiction in this Court.  Should such statements be so timely filed, this order shall remain in effect pending this Court's action on the appeals.  If the judgment should be affirmed, or the appeals dismissed, this stay shall expire automatically.  In the event jurisdiction is noted or postponed, this order shall remain in effect pending the sending down of the judgment of this Court. JUSTICE SCALIA would deny the applications.